# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2015

*The Court of Appeals hereby passes the following order*

## A15I0165. BOSCH THERMOTECHNOLOGY CORP. v. ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2014CV241107



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 16, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*